UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMENICK WILLIAMS,<br><br>Defendant. | Criminal No. 91-612-2<br>Civil No. 05-617 |

## ORDER

Upon consideration of the Magistrate Judge's Report and Recommendation of December 12, 2007 [# 138], and no objections having been filed in response thereto, it hereby is

**ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, it hereby is

**ORDERED** that, pursuant to 28 U.S.C. §§ 1631 and 2255, the Defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody [# 120] be transferred to the United States Court of Appeals for the District of Columbia Circuit for a determination about whether to authorize the filing of Defendant's successive motion.

**SO ORDERED**.

January 7th, 2008

Thomas F. Hogan
Chief Judge